# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Chevron Smith,
)
)
Plaintiff )
)
)
vs. )
) Case No. 09-2142
Patrick Hartshorn )
) (The case number will be assigned by the clerk)
)
)
)
)
)
)
)
,)
)
Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

### COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☑ Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Chevron Smith

Prison Identification Number: R-181

Current address: 2 E. South Street
Danville IL. 61832

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Patrick Hartshorn

Current Job Title: Vermilion Co. Sheriff

Current Work Address: 2 E. South Street
Danville IL. 61832

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #3:

Full Name: _____

2

Current Job Title: _____

Current Work Address _____

_____

Defendant #4:

  Full Name: _____

  Current Job Title: _____

  Current Work Address _____

  _____

Defendant #5:

  Full Name: _____

  Current Job Title: _____

  Current Work Address _____

  _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?        Yes ☐        No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐        No ☑

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒ No ☐

They never responded!

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  2 E. South St. P.S.B.

Date(s) of the occurrence  May 5, 2009

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I've been here since Oct. 21, 08. On April 30, 09 while going to my cell for 10:00 lock-up I recieved a cut on my elbow from the door to my cell on R-block. After 2-days the cut became very red and a swelling had began! I admediately seeked medical-attention On May 5th. The nurse gave me some creme a bandage and 600 mg. Ibuporfen, and antibioti (red capsul). She explained to me that I had a staph-infection, but lets see what the antibiotics will do first? I'm also alergic to Ibuporfen.

From May 5th – May 8th my elbow got much much worst! It was swollen with pus coming out of it, and it was very painful!! I couldn't even bend my arm at all. So I went back to the nurse and she seen that her priscription wasn't working at all. So she recomended that I be sent to an outside hospital. This was April 8th.

5

10:45 pm

Upon entering the hospital I was treated with 1mg. Dalotan for pain and also hooked me up to an I.V. They took x-rays on my arm. I was admitted at Provena Hospital at 12:30pm May 9th. where I stayed for 5-days until May 13th.

In the process of these 5-days I was in constant pain so they (hospital) had to change my pain medication on at least 3 occasions. They gave me 500mg. Vicoden to no avail, then they switched me to morphine through an I.V. until the 10th. it also didn't work. Then they gave me 2mg Dalotan for the pain. At this point they also noticed that the swelling was not going down, so they gave me a stronger antiboitic for the swelling.

They hospital also had to provide a therapist to help me exercise my elbow so it wouldn't lock-up on me. She also showed me several exercises to help me.

On May 13th. Dr. Haltoran gave me my release papers and also a Heating-Pad and 500mg Vicodens for the pain. I was released from Provena.

Upon my return to the jail I was put in an isolation-cell with my Heating-Pad and my Vicodens.

6

It's been 2-weeks as I'm writing this Claim and I am still in pain. I just don't know what to do. I hope I don't give this to anyone else. Because they got me back in population.

Chevron Smith

# RELIEF REQUESTED

(State what relief you want from the court.)

$200,000⁰⁰ for and medical-Bills payed

JURY DEMAND    Yes ☑    No ☐

Signed this 5-31 day of May, 20 09.

_Chevron Smith_
(Signature of Plaintiff)

| Name of Plaintiff: Chevron Smith | Inmate Identification Number: R-181 |
|---|---|
| Address: 2 E. South Street Danville Ill. 61832 | Telephone Number: |